Argued and submitted July 16, 1986, affirmed on appeal and cross-appeal as modified February 25, reconsideration denied April 24, petition for review denied June 2, 1987
(303 Or 483)

In the Matter of the Marriage of

VARIN,
*Respondent - Cross-Appellant,*
*and*

VARIN,
*Appellant - Cross-Respondent.*

(85-1195-NJ-1; CA A38235)

733 P2d 117

Thomas C. Howser, Ashland, argued the cause for appellant - cross-respondent. On the brief was Rebecca G. Orff, Ashland.

Douglass H. Schmor, Medford, argued the cause and filed the brief for respondent - cross-appellant. With him on the brief was Brophy, Wilson & Duhaime, Medford.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

**PER CURIAM**

In this appeal from a dissolution judgment, husband challenges the award to wife of a monthly annuity from husband's PERS account. We agree with husband that the parties should be disentangled to the greatest degree possible at the time of dissolution. However, the debt accumulation here makes that goal impossible. The trial court's division of retirement fund assets is appropriate on the record developed at trial. *Rogers and Rogers,* 45 Or App 885, 609 P2d 877, *modified* 47 Or App 963, 615 P2d 412, *rev den* 289 Or 659 (1980), *modified* 50 Or App 511, 623 P2d 1108, *rev den* 290 Or 853 (1981).

On cross-appeal, we agree with wife that child support of $75 a month should be awarded for the support of the daughter.

On cross-appeal, judgment modified to require husband to pay $75 per month child support for Nicole Cherie' Varin; otherwise affirmed on appeal and on cross-appeal. Costs to wife.